28, 1910.) Action by Constantine J. MacGuire against Margaret E. Hughes. No opinion. Application granted. Order signed. See, also, 126 App. Div. 637, 111 N. Y. Supp. 153.

McLEAN, Respondent, v. McNULTY, Appellant. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Charles N. McLean against John E. McNulty. E. V. Farley, for appellant. W. E. Milno, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McMAHON, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by John J. McMahon against Adrian H. Joline and another. T. C. McDonald, for appellant. F. J. Moses, for respondents. No opinion. Order affirmed, with costs. Order filed.

McNEAL v. KAVENAUGH. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Frank W. McNeal against Joseph T. Kavenaugh. No opinion. Application denied, with $10 costs. Order signed.

MALFINO, Respondent, v. EASTERN TABLET CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Joseph Malfino against the Eastern Tablet Company. No opinion. Judgment and order unanimously affirmed, with costs.

MALONEY, Respondent, v. SCHWAEGLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Michael J. Maloney against John B. Schwaegler.

PER CURIAM. Verdict reduced, as of the date of the rendition thereof, by striking out the item of interest, amounting to $318.05, and judgment modified accordingly, and, as so modified, affirmed, together with the order, without costs of this appeal to either party.

MANDEL et al., Respondents, v. COTT-FRIED, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Max Mandel and another against Elias Cottfried, impleaded with others. H. Weismann, for appellant. S. Plumer, for respondents. No opinion. Determination (63 Misc. Rep. 246, 116 N. Y. Supp. 667) affirmed, with costs. Order filed.

In re MANHATTAN BRIDGE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of the application of the City of New York relative to acquiring title, etc., Manhattan Bridge (Bridge No. 3). No opinion. Order affirmed, with $10 costs and disbursements. See, also, 127 App. Div. 925, 111 N. Y. Supp. 1129.

MANKO, Appellant, v. GIRARD FIRE & MARINE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Peter Manko against the Girard Fire & Marine Insurance Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

MANNION, Appellant, v. STEFFENS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Richard J. Mannion, as administrator, against Caroline E. Steffens and another. E. E. Cooley, for appellant. A. R. Lesinsky, for respondents. No opinion. Determination (115 N. Y. Supp. 1087) affirmed, with $10 costs and disbursements. Order filed.

MASON, Respondent, v. WILLIAMS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Lucina Mason against Ranslaer Williams and another, impleaded.

PER CURIAM. Order affirmed, without costs, upon the sole ground that the court was justified in denying the motion on the ground that the plaintiff's attorney had made full disclosure as to his authority to commence the action. This affirmance is without prejudice to any application which may be made to determine the question of authority to commence or continue the action.

MASTER v. LEWIS. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Samuel C. Master against Samuel Lewis. No opinion. Motion to appeal from Appellate Term denied, with $10 costs. Order signed.

MASTERSON, Respondent, v. CROSS-TOWN ST. RY. CO. OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Mary Masterson against the Cross-Town Street Railway Company of Buffalo and another.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the evidence fails to establish actionable negligence on the part of the defendant and plaintiff's freedom from contributory negligence.

SPRING, J., not sitting.

MASTIN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Salathiel Mastin against the City of New York. No opinion.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents.

MATTHEWS et al., Respondents, v. ELIAS, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by James Matthews and another against Alexander Elias. No opinion. Judgment of the Municipal Court affirmed, with costs.